No. 202. SANDERS *v.* UNITED STATES. Certiorari, 370 U. S. 936, to the United States Court of Appeals for the Ninth Circuit. The motion for the appointment of counsel is granted and it is ordered that *Fred M. Vinson, Jr., Esquire,* of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for the petitioner in this case.

No. 172, Misc. WEINFURTNER *v.* CALIFORNIA ET AL.;

No. 175, Misc. KELLEY *v.* ROYSTER, STATE FARM SUPERINTENDENT, ET AL.;

No. 212, Misc. DONALDSON *v.* FLORIDA ET AL.;

No. 234, Misc. SCHNEIDER-JIMENEZ *v.* HERITAGE, WARDEN;

No. 246, Misc. TOMKALSKI *v.* MAXWELL, WARDEN, ET AL.;

No. 256, Misc. EX PARTE SCHLETTE;

No. 262, Misc. MELENDEZ *v.* HERITAGE, WARDEN;

No. 287, Misc. BROWNING *v.* KANSAS ET AL.;

No. 332, Misc. CASTRO *v.* KLINGER, PRISON SUPERINTENDENT;

No. 347, Misc. ORTIZ *v.* HERITAGE, WARDEN;

No. 355, Misc. WHITE *v.* CONBOY, WARDEN, ET AL.;

No. 373, Misc. REYES *v.* HERITAGE, WARDEN;

No. 391, Misc. SCARANO *v.* REINCKE, WARDEN;

No. 396, Misc. McCALL *v.* McDONALD, SHERIFF;

No. 397, Misc. CREAGH *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO ET AL.;

No. 422, Misc. BRAY *v.* UNITED STATES;

No. 427, Misc. STILTNER *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL.; and

No. 450, Misc. MUZA *v.* CALIFORNIA ET AL. Motions for leave to file petitions for writs of habeas corpus denied.